```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


EDWARD R. COSS,                    :
        Petitioner
                                   :
        vs.                              CIVIL NO. 1:CV-04-1847
                                   :        (Judge Caldwell)
JAMES WYNDER,                            (Magistrate Judge Blewitt)
        Respondent                 :
```

O R D E R

AND NOW, this 29th day of August, 2005, upon consideration of the report (doc. 61) of the Magistrate Judge, filed July 25, 2005, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The Magistrate Judge's report is adopted.

    2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (doc. 1) is dismissed.

    3. The Clerk of Court shall close the file.

                                    /s/William W. Caldwell
                                     William W. Caldwell
                                     United States District Judge